# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| **Bradley Steiner,** | **Case No:  13-CV-2144 (MJD/JSM)** |
| **Plaintiff,** | |
| **v.** | **ORDER DISMISSING COMPLAINT** |
| **The City of Minneapolis, Mike Karney, individually, personally, and in his official capacity, Minneapolis Inspector, Jane Doe and  Richard Roe, unknown and unnamed Minneapolis employees and officers, individually, personally, and official,** | |
| **Defendants.** | |

_____

The above-captioned matter came before the Court on the parties' Stipulation of Dismissal (Doc. No. 25).  Based upon the parties' stipulation, the Court hereby orders that all claims in the Complaint against all Defendants be dismissed with prejudice and without costs or fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

BY THE COURT

Dated:   March 6, 2015

s/ Michael J. Davis
Honorable Michael J. Davis
Chief United States District Judge